# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EMERSON,<br><br>　　　　Defendant. | ) 1:13cv01273 DLB PC<br>)<br>)<br>) ORDER REGARDING PLAINTIFF'S<br>) MOTION TO EXTEND TIME TO FILE<br>) INITIAL DISCLOSURES<br>) (Document 27)<br>)<br>)<br>) |

　　　　Plaintiff Irvin Van Buren ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  This action is proceeding against Defendant Emerson for violation of the Eighth Amendment and is currently in discovery.

　　　　On October 16, 2014, Plaintiff filed a motion to extend time to provide initial disclosures as required by the September 4, 2014, Discovery and Scheduling Order.  The date set is currently October 20, 2014.

　　　　On October 16, 2014, Defendant filed a motion for reconsideration of the initial disclosure requirement.  The motion is pending.

///

///

///

Given that Defendant's motion will necessarily result in a discovery delay, the Court will set a date for initial disclosures, if appropriate, after the District Court's ruling on Defendant's motion.

IT IS SO ORDERED.

Dated: __October 17, 2014__             /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE