IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IRVIN VAN BUREN,**<br><br>                                    Plaintiff,<br><br>       v.<br><br>**WILLARD, et al.,**<br><br>                                    Defendants. | Case No. 1:13-cv-1273-LJO-DLB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE<br><br>(Document 46) |

   Good cause appearing, Defendant's request to take the deposition of Plaintiff Irvin Van Buren by videoconference is GRANTED.

IT IS SO ORDERED.

   Dated:   **January 19, 2015**            /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE

1

Order (1:13-cv-1273-LJO-DLB (PC))